FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
20 MAR 19 PM 2:55
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| TORREY COLEMAN; CHAD R. WOFFORD; and DEVIN THOMAS, ) ) ) ) Plaintiffs, ) ) v. ) ) WARDEN NATHAN BROOKS; DEPUTY ) WARDEN BEASLEY; DEPUTY WARDEN ) McCLOUD; DEPUTY WARDEN KEITH; ) CAPTAIN THOMAS; DEPUTY SPIRES; ) NURSE MURRY; MRS. FISH; DEPUTY ) WARDEN WICKER; LIEUTENANT ) SYATHS; MRS. WILCOX; MRS. RICKS; ) MRS. STEWART; MRS. CLARK; TELFAIR ) STATE PRISON; OFFICER SMITH D.; and ) MAIL SUPERVISOR UNKNOWN, ) ) Defendants. ) | CV 320-014 |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** without prejudice the above-captioned case, **DIRECTS** the Clerk to file and docket this Order and the instant complaint in three new lawsuits, with the same filing dates and three separate case numbers, and **DIRECTS** the Clerk to docket Mr. Coleman's motion to proceed IFP, (doc. no. 2), into the new case number associated with him. Once the three new lawsuits are opened, all Plaintiffs, except Mr. Coleman, must submit their own motions

to proceed IFP or pay the full filing fee within fourteen days of the date the Clerk opens the case.

SO ORDERED this 19th day of March, 2020, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE